IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR JAMES GRIFFIN,<br><br>              Petitioner,<br><br>vs.<br><br>MIKE MEYERS,<br><br>              Respondent. | 8:24CV434<br><br>**MEMORANDUM AND ORDER** |

On June 25, 2025, the Court ordered Petitioner to update his address with the Court within 30 days or face dismissal of this action. Filing No. 7. To date, Petitioner has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Petitioner failed to prosecute it diligently and failed to comply with this Court's orders. No certificate of appealability has been or will be issued. The Court will enter judgment by a separate document.

Dated this 1st day of August, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge